JTW: 12.06.21
PCM/JWS: USAO#2019R00557

DEC – **9** 2021

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. SAG-19-610** |
| | * | |
| **DIAMANTE TEAL,** | * | **(Conspiracy to Interfere with** |
| | * | **Commerce by Robbery, 18 U.S.C.** |
| **Defendant** | * | **§ 1951)** |
| | * | |

*******

### SUPERSEDING INFORMATION

### COUNT ONE
### (Conspiracy to Interfere with Commerce by Robbery (Hobbs Act Robbery))

The United States Attorney for the District of Maryland charges that:

From a time unknown, but no later than in or about June 2019, and continuing through on or about August 2019, in the District of Maryland, the defendant,

### DIAMANTE TEAL,

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant agreed to take and obtain money and property from a person and presence of an employee against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee by threatening serious physical injury and death to said employee.

18 U.S.C. § 1951

*Erek L. Barron/pcm*

Erek L. Barron
United States Attorney

12/9/21
_____

Date